[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-12852

_____

In re: LYNN ANN MARTIN,

Debtor.

_____

LYNN ANN MARTIN,

Plaintiff-Appellant,

*versus*

PHILIP MARTIN,

Defendant-Appellee.

————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:19-cv-60651-RAR

————————————

Before WILSON, ROSENBAUM, and HULL, Circuit Judges.

PER CURIAM:

Appellant Lynn Ann Martin appeals the district court's affirmance of the bankruptcy court's order denying her motion for relief from the automatic stay ("Motion for Relief from Stay"), pursuant to 11 U.S.C. §§ 362(b)(2)(A)(iv) and 541(c)(2).  After careful review of the briefs and the record, and with the benefit of oral argument, we find no reversible error.

**AFFIRMED.**